

**Fox Rothschild** LLP
ATTORNEYS AT LAW

100 Park Avenue, Suite 1500
New York, NY 10017
Tel 212.878.7900  Fax 212.692.0940
www.foxrothschild.com

Fred Stevens
Direct Dial: (212) 878-7905
Email Address: fstevens@foxrothschild.com

May 14, 2010

**VIA FEDERAL EXPRESS**

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

Re: **In re East West Trading, Inc., Debtor
Case No. 06-11010 (RDD)**

Dear Judge Drain:

We are the attorneys for Yann Geron, Chapter 7 Trustee of the estate of East West Trading, Inc., the above-referenced debtor. Enclosed for Your Honor's consideration is a stipulation and proposed order by and between the trustee and American Express Company, tolling the trustee's time to commence certain types of actions against American Express Company. If the stipulation and proposed order meets with Your Honor's approval, we respectfully request that it be signed and entered on the Court's electronic docket.

Sincerely yours,

Fred Stevens

FS:moh
Enclosure

cc: Eugene J. Chikowski, Esq. (by e-mail, w/ encl.)